# Exhibit C

CAUSE NO. 22-1776-481

| | |
|---|---|
| T2 MODUS, LLC, | IN THE DISTRICT COURT |
| *Plaintiff,* | DENTON COUNTY, TEXAS |
| v. | 481ST JUDICIAL DISTRICT COURT |
| COLYNDA WILLIAMS-AROWOLO, | |
| *Defendant.* | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant, Colynda Williams-Arowolo ("Arowolo") files this Notice of Filing of a Notice of Removal from this Court to the United States District Court for the Eastern District of Texas, Sherman Division. The federal docket number is 4:22-cv-263. Attached as Exhibit 1 is a copy of the Notice of Removal filed in federal court. As such, Defendant prays that no further aciton will occur in this case as this court has been divested of jurisdiction.

WHEREFORE, Defendants pray that the Court and all parties that have or in the future make appearances in this proceeding take note that this matter has been removed to the United States District Court for the Eastern District of Texas, Sherman Division, and that no further action will occur in this case, unless and until such time as the aciton will occur in this case, unless and until such time as the action may be remanded by order of the United States District Court.

Dated: April 3, 2022

Respectfully submitted,

John Mayfield Rushing
SBN # 24034659

Rushing McCarl LLP
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
F: (310) 388-6006
E: info@rushingmccarl.com

## CERTIFICATION OF SERVICE

I, the undersigned, certify that the foregoing Notice of Filing of Notice of Removal was served in accordance with the Texas Rules of Civil Procedure on April 3, 2022, electronically on the following counsel of record:

William Finegan (SBN: 07008700)
*bfinegan@munsch.com*
Aynsley Young (SBN: 24102674)
*ayoung@munsch.com*
Munsch Hardt Kopf & Harr, P.C.
500 N. Aknard St., Suit 3800
Dallas, Texas, 75201
T: (214) 855-7500
F: (214) 855-7584

______/s/ Ryan McCarl_____
Date: April 3, 2022

# Exhibit 1

John Mayfield Rushing (SBN # 24034659)
Rushing McCarl LLP
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
E: info@rushingmccarl.com

*Attorneys for Defendant Colynda Williams-Arowolo*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

T2 MODUS, LLC,

*Plaintiff*,

v.

COLYNDA WILLIAMS-AROWOLO,

*Defendant*.

Case No. 4:22-cv-263

**Notice of removal of Plaintiff's claims**

## NOTICE OF REMOVAL OF PLAINTIFF'S CLAIMS

Please take notice that pursuant to 28 U.S.C. §§ 1331, 1332. 1441, and 1446, Plaintiff Colynda Williams-Arowolo ("Arowolo") submits this Notice of Removal of the claims filed against her by T2 Modus, LLC ("T2") in their entirety from the District Court of Denton County, Texas, to the Unites States District Court for the Eastern District of Texas, Sherman Division, and in support of the Notice of Removal states:

1. On March 4, 2022, T2 commenced a civil action against Arowolo in the District Court of Denton County, Texas,[1] bearing case no. 22-1776-481 and captioned *T2 Modus, LLC vs. Colynda Williams-Arowolo*.
2. Arowolo was served with a copy of T2's complaint on March 10, 2022.
3. Upon information and belief, no other pleadings or orders have been entered with regard to any of the papers served or filed in the state court action.
4. True and correct copies of all process and pleadings served on Arowolo are attached as Exhibit A pursuant to 28 U.S.C. § 1446(a). Pursuant to Local Rule CV-81(c), Arowolo has also attached as Exhibit B a civil cover sheet, a certified copy of the state court docket sheet, and a complete list of attorneys involved in the action.
5. This action may be removed to this court by Arowolo pursuant to 28 U.S.C. § 1331 since the complaint raises federal statutory violations. Specifically, Plaintiff has alleged a violation of 18 USC § 1030.
6. This action may also be removed pursuant to 28 U.S.C. § 1332 as complete diversity exists among the parties and the amount in controversy exceeds $75,000. Arowolo is a citizen of California, while T2 is a citizen of Texas. T2 has alleged in its complaint that it seeks monetary relief over $250,000.
7. A copy of a notice of filing of a notice of removal is attached as Exhibit C. Promptly after filing this notice, Arowolo will file a copy with the District Court of Denton County, Texas, and will serve the notice on T2 as required.

---

[1] Located at: 1450 E. McKinney St., 4th Floor, Denton, TX 76209

WHEREFORE, Defendant Williams-Arowolo removes the state court action from the District Court of Denton County, Texas.

Dated: April 3, 2022

Respectfully submitted,

John Mayfield Rushing
SBN # 24034659

Rushing McCarl LLP
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
E: info@rushingmccarl.com

# PROOF OF SERVICE

United States District Court, Eastern District of Texas

*T2 Modus, LLC v. Colynda Williams-Arowolo*

No. 4:22-cv-263

I, the undersigned, declare that I am over age 18, employed in Los Angeles, and not a party to this action. My business address is 929 McCarthy Ct., El Segundo, CA 90245. On April 3, 2022, I electronically served true and correct copies of the following documents on the parties listed in the attached service list:

1. Notice of removal of Plaintiff's claims

I declare under penalty of perjury that the above is true.

______/s/ Ryan McCarl_____

Date: April 3, 2022

**Service List for**

***T2 Modus, LLC v. Colynda Williams-Arowolo***

John Rushing (SBN 24034659)
*john.rushing@rushingmccarl.com*
Rushing McCarl LLP
929 McCarthy Ct.
El Segundo, CA 90245
T: (310) 896-5082
F: (310) 388-6006

*Attorneys for Defendant*
*Colynda Williams-Arowolo*

*Attorney for Plaintiff*
*T2 Modus, LLC*

William Finegan (SBN: 07008700)
*bfinegan@munsch.com*
Aynsley Young (SBN: 24102674)
*ayoung@munsch.com*
Munsch Hardt Kopf & Harr, P.C.
500 N. Aknard St., Suit 3800
Dallas, Texas, 75201
T: (214) 855-7500
F: (214) 855-7584