# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| T2 MODUS, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | Civil Action No. 4:22-CV-263 |
| v. | § | (Judge Mazzant) |
| | § | |
| COLYNDA WILLIAMS-AROWOLO | | |
| Defendant. | | |

**ORDER ON DEFENDANT'S MOTION IN LIMINE**

Came on for consideration the Defendant's Motion in Limine (Dkt. #66). The Court rules as follows:

MIL #1: Granted; does not prevent Ellis' and Roach's ability to give fact testimony.

MIL #2: Granted; does not prevent Roach's ability to testify regarding his personal knowledge.

MIL #3: Denied.

MIL #4: Granted.

MIL #5: Granted. The Court will not allow last minute changes to the allegation.

MIL #6: Denied.

All relief not previously granted is **DENIED**.

**IT IS SO ORDERED**.

**SIGNED this 28th day of November, 2023.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE