**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**

**SHERMAN DIVISION**

**DATE:** 11/28/2023

| **DISTRICT JUDGE**<br>**Amos L. Mazzant, III** | **COURT REPORTER: Chris Bickham**<br>**COURTROOM DEPUTY: Keary Conrad**<br>**LAW CLERK:** Sam Pumphrey |
|---|---|
| T2Modus, LLC<br><br>V.<br><br>Colynda Williams-Arowolo | 4:22-CV-263 |

| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |
|---|---|
| Kirstie Simmerman, Terry Criss, Jeffrey Schagren | Ryan McCarl, John Rushing, Davit Avagyan |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| **TIME:** | **MINUTES: Final Pretrial Conference** |
|---|---|
| 1:33 p.m. | Court in session. Court notes appearances. |
| 1:34 p.m. | Case is set for trial on 12/18/2023. Parties agree that 2-4 days is reasonable for trial. Parties discuss time limits. Parties agree that 6 hours per side is sufficient. Court will enter a time order prior to trial. Everything is included in that time except voir dire. |
| | Court advises the Parties that jury selection is scheduled to begin at 10:00 a.m. The jury starts to arrive about 8:30 a.m. Parties will receive a seating chart with information about the jurors. Parties are instructed to use the jurors numbers not names. |
| 1:36 p.m. | Parties will be asked by the Court to introduce themselves and all at their table. Court will allow each side to give a 5 minute briefing opening statement about the case to the panel. |
| 1:37 p.m. | Court will allow 1 hour per side for voir dire. |
| 1:38 p.m. | Court strikes through the whole panel allowing everyone on the panel a chance to be on the jury. Court will increase the number of strikes per side depending on strikes for cause or hardship. Court advises parties that the jury panel will be approximately 30-35 jurors. Court will seat an 8 person jury. |
| | Court advises the Court's normal day is 9-5 with a 15 minute break in the morning and in the afternoon. 1 hour for lunch except on the first day which may be longer to allow more people in and out of the courthouse. |

| TIME: | MINUTES: Final Pretrial Conference |
|---|---|
| | Court will allow an arms length from the podium during questioning of the witnesses. During opening and closing the attorneys are not bound to the podium. |
| | Each side requests 20 minutes for opening statement; 30 minutes for closing |
| | Court advises Parties of one and done witnesses. Fact witnesses should be one and done; corporate representatives are different, but typically the witness should be one and done. |
| 1:41 p.m. | Court allows jury to ask questions of the witnesses. |
| | Court conditionally admits all exhibits that are not objected to. The exhibits are not fully admitted until they are used in front of the jury in some fashion. In relation to demonstrative exhibits, Parties should make sure that they specifically identify demonstrative exhibits because those exhibits do not go back to the jury. Exhibits that are objected, Counsel should go through the normal process of getting the exhibits admitted. |
| 1:43 p.m. | Demonstrative exhibits - notify jury that they are not part of the record. |
| 1:45 p.m. | Parties will have room downstairs to set up for trial. |
| 1:48 p.m. | Court continues with Defendant's MIL (Dkt. #66).<br>MIL #1: Granted; not prevent Ellis' and Roach's ability to give fact testimony<br>MIL #2: Granted; not prevent Roach from testimony regarding his personal knowledge of the program.<br>MIL #3: Denied.<br>MIL #4: Denied.<br>MIL #5: Granted. The Court will not allow last minute changes to the allegation.<br>MIL#6: Denied. |
| | Court will not take up any objections to exhibits today. Only exhibits to be used during opening statement. We can have a telephone conference prior to trial if there is not an agreement worked out on exhibits to be used during opening statement. |
| 2:38 p.m. | Court hears from Plaintiff's counsel, Terry Criss. Court requests the Parties file any trial briefs no later than 12/11 by 5pm; responses due by 5pm on 12/13. |
| 2:44 p.m. | Court hears from Plaintiff's counsel, Terry Criss regarding case in chief and presentation of evidence on counter-claim. Normally the Court likes witnesses to be one and done; but the Court requests that the Parties meet and confer regarding the presentation of the case. |
| | Court adjourned. |

DAVID O'TOOLE, CLERK

BY: Keary Conrad
Courtroom Deputy Clerk