**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **T2 MODUS, LLC,** | § | |
| | § | |
| ***Plaintiff,*** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Action No.: 4:22-cv-263** |
| **COLYNDA WILLIAMS-AROWOLO,** | § | |
| | § | |
| ***Defendant.*** | § | |
| | § | |
| | § | |
| **COLYNDA WILLIAMS-AROWOLO,** | § | |
| | § | |
| ***Counter-claimant,*** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **T2 MODUS, LLC and JIM ROACH,** | § | |
| | § | |
| ***Counter-defendants.*** | § | |

**NOTICE OF SETTLEMENT AND MOTION TO STAY TRIAL**

Plaintiff and Counter-defendant T2 Modus LLC ("T2") and Counter-defendant Jim Roach, through counsel, and with the consent of Defendant and Counter-claimant Colynda Williams-Arowolo ("Williams"), through her counsel, hereby notify the Court that the parties have reached a settlement in principle and move the Court to stay the trial in this matter currently set for December 18, 2023 ("Trial") for no less than seven months so that the parties may execute a settlement agreement and release, for T2 and Roach to perform the payment obligations under the settlement agreement and subsequently for the parties to file a Stipulation for Dismissal.

1. On December 13, 2023 the parties reached a settlement in principle regarding this case.

2. As the settlement of funds shall be paid out over a period of six months, the parties therefore request that the Trial be stayed for no less than seven months and the Court retain jurisdiction to enforce the settlement agreement.

3. Within 10 days of the final payment being made, the parties shall file a Stipulation of Dismissal.

4. The relief requested is appropriate as a matter of law and will not create any prejudice to the parties involved. To the contrary, it will avoid unnecessary expense of the Court and the parties time to complete the settlement and dismissal of this matter.

Respectfully Submitted,

**GORDON REES**
**SCULLY MANSUKHANI, LLP**

*/s/ Kirstie M. Simmerman*
**KIRSTIE M. SIMMERMAN**
State Bar No. 24083858
ksimmerman@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

*/s/ Jeffrey M. Schagren*
**JEFFREY M. SCHAGREN**
State Bar No. 24071282
jschagren@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

Attorneys for Plaintiff T2 Modus, LLC
and Counter-defendant Jim Roach

and

/s/ *Terry D. Criss*
Terry D. Criss
Attorney & Counselor at Law
State Bar No. 24079656
3010 LBJ Freeway, Suite 1200
Dallas, Texas 75234
972-919-6150
972-525-0053 fax
tcriss@terrycrisslaw.com

and

/s/ *John Rushing*
John Rushing (331273)
Ryan McCarl (302206)
Davit Avagyan (336350)
**RUSHING MCCARL LLP**
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
E: info@rushingmccarl.com

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2023, I submitted this pleading to the Clerk of the Court and served the same on all counsel of record via the Court's ECF system.

*/s/ Jeffrey M. Schagren*
Jeffrey M. Schagren