IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| T2 MODUS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Case No. 4:22-cv-263 |
| | § | |
| COLYNDA WILLIAMS-AROWOLO, | § | |
| | § | |
| *Defendant.* | § | |
| | § | |
| COLYNDA WILLIAMS-AROWOLO, | § | |
| | § | |
| *Counter-claimant,* | § | |
| | § | |
| v. | § | |
| | § | |
| T2 MODUS, LLC and JIM ROACH, | § | |
| | § | |
| *Counter-defendants.* | § | |

**NOTICE OF SATISFACTION OF SETTLEMENT AND JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

As required by the Court's Order to Stay Trial and Retain Jurisdiction issued by the Court on March 7, 2024, Dkt. 106 (the "Order"), Plaintiff and Counter-defendant T2 Modus ("T2"), Counter-defendant Jim Roach ("Roach") and Defendant and Counter-claimant Colynda Williams-Arowolo ("Williams") (each a "Party" and together the "Parties") agree and affirm to this Court that the funds required to be paid per the settlement agreement in the above captioned matter

(the "Action") that is the subject of the Order have been paid in full as of the date of this Notice and Stipulation.

Therefore, based on the above and pursuant to F.R.C.P. 41(a)(1)(A)(ii), the Parties request the Court to dismiss the Action with prejudice with each party to bear its own costs including attorney's fees.

    Respectfully Submitted,

**GORDON REES
SCULLY MANSUKHANI, LLP**

*/s/ Kirstie M. Simmerman*
**KIRSTIE M. SIMMERMAN**
State Bar No. 24083858
ksimmerman@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

*/s/ Jeffrey M. Schagren*
**JEFFREY M. SCHAGREN**
State Bar No. 24071282
jschagren@grsm.com
2200 Ross Avenue, Suite 3700
Dallas, Texas 75201
(214) 231-4660 Telephone
(214) 461-4053 Facsimile

Attorneys for Plaintiff T2 Modus, LLC
and Counter-defendant Jim Roach

and

/s/ *Terry D. Criss with permission*
Terry D. Criss
Attorney & Counselor at Law
State Bar No. 24079656
3010 LBJ Freeway, Suite 1200

Dallas, Texas 75234
972-919-6150
972-525-0053 fax
tcriss@terrycrisslaw.com

and

/s/ *John Rushing with permission*
John Rushing (331273)
Ryan McCarl (302206)
Davit Avagyan (336350)
**RUSHING MCCARL LLP**
2219 Main St. No. 144
Santa Monica, CA 90405
T: (310) 896-5082
E: info@rushingmccarl.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I submitted this pleading to the Clerk of the Court and served the same on all counsel of record via the Court's ECF system.

*/s/ Jeffrey M. Schagren*
Jeffrey M. Schagren