# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| T2 MODUS, LLC, § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | Case No. 4:22-cv-263 |
| § | |
| COLYNDA WILLIAMS-AROWOLO, § | |
| § | |
| *Defendant.* § | |
| § | |
| § | |
| COLYNDA WILLIAMS-AROWOLO, § | |
| § | |
| *Counter-claimant,* § | |
| § | |
| v. § | |
| § | |
| T2 MODUS, LLC and § | |
| JIM ROACH, § | |
| § | |
| *Counter-defendants.* § | |

## FINAL DISMISSAL ORDER

Before the Court is the Notice of Satisfaction of Settlement and Joint Stipulation of Dismissal with Prejudice of the parties in the above captioned matter (the "Action").

WHEREAS, Plaintiff and Counter-defendant T2 Modus LLC ("T2") and Counter-defendant Jim Roach, through counsel, and with the consent of Defendant and Counter-claimant Colynda Williams-Arowolo ("Williams"), through her counsel, notified the Court that the funds required to be paid per the settlement agreement that is the subject of this Court's Order, Dkt. 106, have been paid in full; and

Upon consideration of the Notice of Satisfaction of Settlement and Joint Stipulation of Dismissal with Prejudice and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure:

IT IS THEREFORE ORDERED as follows:

Any and all claims, causes of action, and requests for affirmative relief asserted or requested by Plaintiff against Defendant and Counter-claimant against Counter-defendants are hereby Dismissed with prejudice.

It is further **ORDERED** that costs are to be borne by the party incurring the same.

All pending motions are hereby **DENIED as moot.**

This is a **Final Judgment**.

**IT IS SO ORDERED.**

**SIGNED this 11th day of March, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE